ORIGINAL

USM
PTS
USPO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00063-02 DAE |
| Plaintiff, | ) | |
| vs. | ) | |
| PHILLIP PUHA,          (02) | ) | |
| Defendant. | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 22 2005

at ____ o'clock and ____ min ____ M
WALTER A.Y.H. CHINN, CLERK

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Counts 1, 2, 3 and 8 of the Indictment is now Accepted and the Defendant is Adjudged Guilty of such offenses. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, APR 22 2005.

_____
UNITED STATES DISTRICT JUDGE