# AMENDED MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/30/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 05-00063DAE

CASE NAME:        USA v. (02)Phillip Puha

ATTYS FOR PLA:

ATTYS FOR DEFT:

USPO:

JUDGE:   David Alan Ezra         REPORTER:

DATE:    1/30/2006               TIME:

COURT ACTION:  EP: Sentencing to Counts 1, 2, 3, and 8 of the Indictment as to Defendant (02)Phillip Puha.

AMENDED SENTENCE:

Imprisonment:   10 YEARS, as to Counts 1, 2, 3, and 8 of the Indictment, with all such terms to run concurrently

Submitted by:  Theresa Lam, Courtroom Manager